ACCEPTED
01-15-00176-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/22/2015 3:05:43 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00176-CR

## IN THE COURT OF APPEALS

## FOR THE

## FIRST DISTRICT OF TEXAS

## AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/22/2015 3:05:43 PM
CHRISTOPHER A. PRINE
Clerk

## T. C. CAUSE NO. 1967710

## IN THE COUNTY CRIMINAL COURT OF LAW #3

## OF HARRIS COUNTY, TEXAS

## RUSSELL LEVI POPE

### Appellant

### V.

## THE STATE OF TEXAS

### Appellee

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF THE 1st COURT OF APPEALS:

COMES NOW, RUSSELL LEVI POPE, Appellant, and files this his second

Motion for Extension of Time to file Appellant's Brief, pursuant to Rules 9 and 10

of the Texas Rules of Appellate Procedure, and in support thereof, would show the Court the following:

## I.

Appellant was charged by Information with the misdemeanor offense of driving while intoxicated in cause number 1967710. Appellant filed a dispositive Motion to Suppress Blood Search Warrant with the trial court on January 20, 2015. A hearing was had on Appellant's dispositive motion to suppress on January 30, 2015. The trial court denied Appellant's dispositive Motion to Suppress Blood Search Warrant. After the denial of his dispositive motion to suppress, the Appellant, by agreement with the State, plead guilty to the misdemeanor offense of driving while intoxicated. The trial court sentenced Appellant to one year in the Harris County jail, but suspended the sentence, placing Appellant on probation for two (2) years.

## II.

On February 3, 2015, Appellant perfected his notice of appeal.

## III.

Appellant's attorney seeks additional time to file his brief for the following reasons:

1. The original due date for Appellant's brief was April 30, 2015. Appellant retained counsel to pursue his appeal on April 20, 2015. At the time of his retention, Appellant had not yet obtained a copy of the Reporter's Record for

use in preparing Appellant's brief. Counsel for Appellant did not obtain the record for use in preparing Appellant's appeal until May 14, 2015.

2. Originally, Appellant's trial counsel timely perfected his appeal with respect to the above-noted cause number. However, Counsel was tried under two cause numbers in relation to two separate offenses. Appeal was not perfected with respect to cause number 1967711. Counsel for Appellant has filed a Writ of Habeas Corpus that is currently pending in Harris County Criminal Court 3, scheduled to be heard before the trial court on July 6, 2015. Counsel believes the resolution of Petitioner's Writ in that case may potentially resolve the necessity to pursue the appeal in this matter.

3. On April 26, 2015 counsel for Appellant welcomed a new baby girl into the fold. Counsel's daughter was born five weeks premature. Thus, Counsel for Appellant spent the better part of two weeks after April 26, 2015 in the Texas Women's Hospital NICU with his wife and daughter. As a result of his unexpected absence from the office, Counsel was unable to begin digesting the record (as we did not yet have it) and conducting the research necessary (based on potential issues identified during discussion with previous counsel and the Appellant) to write the brief.

4. Additionally, Appellant's attorney was preparing for trial in the *State of Texas v. Jose Garcia*, charged with the felony offense of Intoxication Manslaughter in cause number 1399145 which was set for trial June 9, 2015. Preparation was extensive in that it involved almost-constant communication with two expert witnesses as well as the defendant and several members of his family, who were all expected to be called as witnesses.

5. Counsel also prepared and tried the matter of the *City of League City, Texas v. Jim Brown*, charged with Disorderly Conduct-Abusive Language in cause number SL14001746, set for trial June 18, 2015 (Not Guilty).

6. Counsel for Appellant is also responsible for reading the transcript and preparing the brief on the appeal of *Cody Crymes v. State of Texas* in cause no. 01-15-00206-CR due June 19, 2015.

7. Additionally, Counsel for Appellant is actively drafting and preparing to file Writs of Habeas Corpus for Jhonn Zuluaga as well as Elisa Johnson.

8. Additionally, Counsel for Appellant prepared and filed a Writ of Habeas Corpus for Jose Rojas in Harris County Criminal Court 13 under cause number 2026966, set to be argued to the trial court on June 23, 2015.

9. Finally, Counsel for Appellant is a solo practitioner and will need the requested additional time to complete the review of the Reporter's Record, to be able to then prepare Appellant's Brief.

## PRAYER

Wherefore, premises considered, undersigned counsel prays for this Court to extend the time for filing Appellant's brief until August 21, 2015, which is sixty days from the current deadline.

Respectfully submitted,

Richard K. Oliver
SBN 24048179
1221 Studewood St.
Houston, Texas 77008
Tel: 713-864-3700
Fax: 713-864-3703
ATTORNEY FOR APPELLANT
RUSSELL LEVI POPE

# AFFIDAVIT

THE STATE OF TEXAS            §
                              §
COUNTY OF HARRIS              §

Before me, the undersigned authority, on this day personally appeared RICHARD K. OLIVER, who after being duly sworn, deposed and stated:

"I am the attorney in charge for Appellant, Russell Levi Pope. I have read the attached Motion and the facts and allegations contained therein are true and correct to the best of my knowledge and belief."

Further Affiant sayeth not.



_____
Richard K. Oliver

SWORN TO AND SUBSCRIBED before me on this 22nd day of
June, 2015.

_____
Notary Public, State of Texas

SHEILA LEISINGER
Notary Public, State of Texas
My Commission Expires
September 16, 2017

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been delivered to Mr. Alan Curry at the following address on this the _22nd_ day of _June_, 2015.

Mr. Alan Curry
Chief, Appellate Division
Harris County District Attorney's Office
1201 Franklin, 6th Floor
Houston, TX 77002

_____
Richard K. Oliver